# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Michael R. Moles          3493328

*(Enter above the full name of the plaintiff or plaintiffs in this action).*      *(Inmate Reg. # of each Plaintiff)*

**VERSUS**      **CIVIL ACTION NO.** 2:18-cv-0446
*(Number to be assigned by Court)*

South Central Regional Jail

*(Enter above the full name of the defendant or defendants in this action)*

**FILED**

**MAR 1 5 2018**

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## COMPLAINT

I. **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

         Yes ✓      No ____

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: Michael R. Moles

   Defendants: South Central Regional Jail

2. Court (if federal court, name the district; if state court, name the county);

   Kanawha

3. Docket Number: 2:18 cv 00341

4. Name of judge to whom case was assigned:

   Dwane L Tinsley

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   Pending

6. Approximate date of filing lawsuit: 2-23-18

7. Approximate date of disposition: n/A @ this time

2

II. **Place of Present Confinement:** South Central Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓      No ____

    C. If you answer is YES:

        1. What steps did you take? I kept asking to be moved

        2. What was the result? Terry told me "He'd think about it"

    D. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Michael R. Moles

        Address: 6603 Campbells Creek Dr. Blount WV 25025

    B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: South Central Regional Jail

   is employed as: _____

   at 1001 Centre Way Chas WV 25309

D. Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Approximately 2-18-18, several people in A-2 decided to "flood" the unit because we couldn't get a gold badge to come + explain why noone had been able to have a shower or phone call that day. Lieutenant Terry demanded everyone to lay on their stomach in the water. When I refused, he sent me to "the hole". According to the Jail handbook, I shouldn't be in here more than 10 days.

4

## IV. Statement of Claim (continued):

As of today, I've been in here approximately 29 days. It is very scary in here & I fear for my safety every day that I've been in here.

## V. Relief

**State briefly exactly what you want the court to do for you.** Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for each day more than 10 that I've been in the "hole" because I'm scared each day.

V. **Relief (continued)):**

_____

_____

_____

_____

_____

VII. **Counsel**

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____    No __✓__

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: _Not sure how to contact one_

_____

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____    No __✓__

6

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

_____

_____

_____

*Michael R. Moles*
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2-9-18 .
(Date)

*Michael R. Moles*
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7